IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-254 |
| ) | |
| CHARLES SMITH ) | |

### ORDER OF COURT

AND NOW, to-wit, this _21st_ day of _Sept_, 2007, upon consideration of the foregoing Motion for Early Termination of Probation, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted, and probation is terminated as of this day.

_____
Donetta W. Ambrose
United States District Judge

cc: Counsel of Record
    U.S. Probation Office